U.S. District Court

Timothy Doyle Young

v.

United States
Dept. of Justice
U.S. Attorney General

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2021 FEB -8 PM 4:41

Civil Complaint

#1.-    The Defendants are committing criminal acts, Separation of Powers violations, and conspiracy to deprive me of all Constitutional and Human Rights.

#2.-    The Defendants have committed numerous crimes for over a decade to prevent Due Process in any forum and to block all meaningful access (process served and a decision on the merits) to any State or Federal Court.

#3.-    The Defendants are currently blocking my access to any Court for Constitutional violations; Habeas Corpus; and "Imminent Danger" complaints in violation of 28 USC §1915(g); Erickson, 551 US 89; Due Process; Equal Protection; the First and Eighth Amendments; Article I, §9; etc.

#4.-    The DOJ withheld required testing and mandatory Hepatitis-C treatment for 15 years in violation of their own policy while falsifying records to conceal the misconduct but the Defendants

continue to nullify all "remedies" and block all access to any State or Federal Court by committing criminal acts.

#5.- The Defendants are deliberately placing my life in danger to conceal evidence of systemic corruption at the Federal Supermax Prison and throughout the BOP. Due Process and access to any Court would expose documented evidence of Constitutional violations, crimes, cover-ups, and collusion between the branches of the U.S. Government. This includes facts: that would have international implications because of the foreign Nationals incarcerated at USP-Max-ADX; that are related to the death of Jeffrey Epstein (see exhibits #88 - #89, attached); etc.

## Supporting Facts

#6.- A.) The DOJ has nullified all administrative "remedies" by committing crimes in violation of 18 USC §241, §1001, §§1341 et seq., etc.

#7.- The DOJ consistently falsifies records to justify, conceal, or deny criminal conduct by it's employees. Literally, I have hundreds of fraudulent documents that the DOJ has falsified since 2001.

#8.- One example is shown in exhibits #1 - #9 (attached) where DOJ employees committed Mail and Wire Fraud by trans-

mitting false statements. Their own records and their exhibits in #20-5005 (D.C. Cir.) (at 6-26-2020, "Declaration of Susan Conroy, D.O." at paragraph #9) show that life-saving medication was withheld for weeks; that exhibits #7 and #9 (attached) were falsified to deny the violations; and that the DOJ committed Perjury again in #20-5005.

#9.- I do not have an admin. remedy for any issue including emergency health problems because of misconduct, criminal conduct, and censorship by DOJ employees. The attached exhibits (#10 - #13) show that, not only did the Defendants refuse to respond to my "Sick-Call" request forms for Covid-19 symptoms and failed to respond to another documented sick-call request submitted as grievance #1045920-F1 (exhibit #12) but deliberately rejected the complaint in violation of policy to keep it off the record.

#10.- For decades the DOJ has knowingly left in place an unconstitutional grievance program that is inadequate, contradictory, ineffective, and routinely abused by Staff, e.g., see Yousef v. Reno, 254 F3d 1214, 1222 (10th Cir., 2001), Footnote #3; etc.

#11- Not only has the DOJ refused to do it's Constitutional duty under Article II, §3 (Take-Care) by prosecuting, terminating, demoting, or even reprimanding employees

who commit crimes against BOP inmates, but has committed Fraud, Perjury, etc., every time it was ordered to respond in Court.

#12 -   Because I am indigent and Pro Se, the DOJ has never attempted to justify, withdraw, or correct it's Perjury and other crimes in my Court cases as it did in Littler v. Martinez, 2020 US Dist Lexis 1850 (Jan. 3, 2020). The DOJ is well aware of it's absolute impunity for crimes against PLRA 3-Strikers, see:

a.) #07-cv-2240 (D.Colo.), dkt. #9 (Perjury and Fraud).
b.) #10-CR-493 (D.Colo.), Trial (Fraudulent Indictment, Perjury, Fraudulent exhibits, and altered Transcripts).
c.) #11-1433 (10th Cir.), see 5-23-2012 at paragraphs #18 — #22 (retaliation and Obstruction of Sixth Amendment Rights).
d.) #13-cv-681 (S.D.OH.), dkt. #6 (No response, Contempt).
e.) #14-cv-0073 (D.Colo.), dkt. #18 (Perjury).
f.) #15-cv-14151 (S.D.WV), multiple entries (Perjury).
g.) #19-5192 (D.C.Cir.), see "Reply" at Dec. 26, 2019 (Perjury).
h.) #20-5005 (D.C.Cir.), see "Reply" at Sept. 21, 2020 (Perjury).

#13.-   B.)   The Judicial Branch has:

a.) committed Separation of Powers violations by repealing statutes (e.g.: 28 USC §351 et seq.; §1915(g); etc.); b.) violated Articles III and VI by rescinding S.Ct. decisions (e.g.: Erickson, 551 US 89; etc.); c.) committed Fraud on the Court by colluding with the DOJ in ex parte "hearings" for Political reasons; and d.) abrogated the U.S. Constitution by committing criminal acts to deprive me of all Rights (including Habeas Corpus).

Tenth Circuit

#14.-   The USDC (D.Colo.) and the Tenth Circuit Judicial Council have suspended Habeas Corpus since 2014 by refusing to make a decision (acknowledge, affirm, or deny) about the DOJ's Perjury in #14-cv-0073 (D.Colo.), dkt.#18 and by committing criminal acts to nullify the protections under 28 USC §351 — §364, see exhibits #14 — #32 (Judicial Complaint #10-18-90006).

#15.-   The USDC (D.Colo.) has refused to file incriminating documents, complaints, Petitions, etc., for over a decade. This could have been blamed on "lost" mail, a rogue clerk, etc., but the USDC Judges and the Tenth Circuit Judicial Council committed additional crimes to justify, cover-up, and deny the Obstruction, e.g., see exhibits #33 — #35 (Judicial Complaint #10-12-90029/30).

#16.- The U.S. Supreme Court is aware of the censorship, Separation of Powers violations, suspension of Habeas Corpus, and criminal conduct by the USDC and Tenth Circuit Judicial Council but refuses to intervene, see attached exhibits #36 - #39; #12-6236 (S.Ct.); etc.

#17.- The Tenth Circuit Judicial Council has been committing criminal violations of §§351 et seq. and the mandatory JCD Rules since 2007 (#07-10-372-27) to prevent "Constitutionalist" Judges from reviewing the blatant Fraud on the Court, the documented ex parte collusion with corrupt Supermax prison employees, etc., see attached exhibits #98 - #143.

## D.C. Circuit

#18.- The D.C. Circuit has and is Obstructing Justice by: a.) not filing my imminent danger complaints in violation of F.R.Civ.P. #5(d)(4); b.) allowing the DOJ to commit criminal acts (including Perjury in #19-5192 and #20-5005); and c.) committing Fraud on the Court by making false statements to deprive me of Constitutional Rights, see attached exhibits #40 - #57 (exhibit #50 shows several types of Fraud in the #20-5005 (Sept. 28, 2020) Order because of the false statements: "moot"; "If events outrun the controversy..."; and "He has therefore obtained all of the relief he seeks

in his mandamus petition.").

#19.- The D.C. Circuit continues to block access to the Court by falsely claiming in #20-5062 and #20-5104 (both Orders on Dec. 2, 2020) that I "...may seek relief on [my] claims by filing a complaint in the district court."

#20.- This is proven to be misdirection because: a.) for approx. a decade I have filed mandamus petitions requesting that the USDC is Ordered to file documents in compliance with F.R.Civ.P. #5(d)(4); b.) the D.C. Circuit refers to the "...USDC's records..." of rejected and unfiled complaints, see #18-5365 (D.C. Cir.), Order at 5-30-2019; c.) the practice is so routine that the Clerk has created a rejection Check-List; and d.) the USDC rejected another complaint two weeks earlier, see attached exhibits #58 - #60.

## Judicial Conference Committee

#21.- For over a decade (since 2008) the Adm. Office of the U.S. Courts has withheld my Petitions for Review from the J.C.C. in violation of the JCD Rules, Due Process, Equal Protection, the Federal Criminal statutes, etc.

#22.- The Adm. Office has refused to file, reject, or acknowledge my Petitions for Review, e.g. see exhibits #31, #36 (certified mail list), #99 - 105, #106 - 108, #135 - 143, etc.

#23 -  The Adm. Office has committed Mail Fraud by transmitting fraudulent statements in their tort claim denials to justify the Obstruction of Justice. The tort claims stated that if they simply filed and processed my Petitions for Review as required, I would withdraw the claim, e.g., see exhibits #61 - 66, etc.

## D.O.J.

#24 -  The U.S. Attorneys General, O.I.G., F.B.I., O.P.R., H.H.S., etc., has refused to do their Constitutional duty as required by Article II, §3 ("Take-Care"), e.g. see exhibits #64 - 66, #88 - 97, numerous tort claims, etc.

#25 -  The U.S. Attorney General has refused to file, reject, or acknowledge my "Ethics in Government Act" complaints that were delivered by certified mail in violation of 28 USC §§591 et seq. and the Constitution, see exhibits #36, #67 - 80, etc.

## Congress

#26.-  The U.S. House and Senate (including Nancy Pelosi and Dianne Feinstein) have refused to file, reject, or acknowledge my Petitions for Impeachment that were delivered by certified mail, e.g. see exhibits #36, #81 - 85, etc.

#27.-  Exhibit #36 shows that Congress received at least 3 of my Petitions for

Impeachment prior to and during the House Subcommittee on National Security's investigation into "...serious misconduct..." by the BOP that is "...covered-up on a regular basis...", see exhibits #86-87.

#28.- Inspector General Michael Horowitz was repeatedly notified about the "culture" of corruption in the BOP (including the Office of Internal Affairs), both, prior to his testimony for the Committee on Oversight and Government Reform and prior to the highly publicized death of Jeffrey Epstein. See #20-5005 (D.C. Cir.) "Supplement" (at July 10, 2020) exhibits #85-95 (OIG acknowledgment letters dating back to March 2018).

#29- I.G. Horowitz was given specific evidence of falsified records, fraudulent investigation reports, cover-ups, etc., by the BOP, it's Office of Internal Affairs, and it's Chief in 2018 but the complaint was not processed and sent back to the BOP, it's O.I.A., and it's Chief "Lamine N'Diaye," see id. "Supplement" exhibits #89-92.

#30 The next year, the media extensively covered the death of Jeffrey Epstein on Aug. 10, 2019 with Lamine N'Diaye as Warden of that prison (MCC-New York), see attached #88-97.

#31.- The U.S. Congress has failed to enact a remedy for misconduct by Federal employees (Bivens was created by the Court).

#32.- Even after it's "... latest rebuke of the Federal Bureau of Prisons..." (exhibit #86) in Jan. 2019, the U.S. Congress refuses to enact a remedy for misconduct by BOP employees (28 CFR §542 does not have an enabling statute, see McCarthy, 503 US 140).

#33.- Not only does the DOJ condone routine Fraud as standard practice in 28 CFR §542 but refuses to allow criminal complaints to be FILED against BOP employees in violation of the First Amendment (exhibit #90), refuses to do it's Constitutional duty as required by the "Take-Care" clause, and has repeatedly committed Perjury and other crimes in Court for over a decade to protect corrupt employees. If the victims were not federal inmates, the BOP would be declared a criminal organization.

#34.- D.) The United Nations has refused to file, reject, or acknowledge my Human Rights complaints that were delivered by certified Mail, exhibit #36.

#35.- E.) The Organization of American States (OAS) and the Inter-American Commission on Human Rights (IACHR) refuses to process my formal Human Rights complaints. Allegedly my complaints (e.g. "P-2073-19") do not satisfy the requirements set forth in "... applicable instruments..." but will

Not identify those "instruments"; identify the alleged deficiency in my complaints; and/or identify how I can comply with the unspecified criteria.

## Summary

#36.- It is public knowledge that there is wide-spread corruption in the BOP which Congress has repeatedly documented (exhibits #67 – #68) and has refused to act.

#37.- The DOJ has committed criminal acts for over a decade to conceal, justify, and/or deny corruption at the Supermax Prison and throughout the BOP. This is a documented fact that is supported by Public Records (e.g., exhibits #7, #9, etc.) and by the Court's records (pp. #12 above).

#38.- The Judicial Branch has documented it's own ex parte collusion with the DOJ (including ADX employees who were Defendants) and it's own criminal acts committed when the DOJ's Perjury, Fraud, etc., was insufficient to cover-up it's violations (e.g., exhibits #98 et seq.).

#39.- All 3 Branches of the U.S. Government are engaged in misconduct and criminal acts to obstruct justice that would expose more than a decade of Constitutional and Human Rights violations at USP-Max-ADX.

#40.- I am unable to defend myself

because of my inability to pay a filing fee (I have been indigent for over 20 years); the DOJ's Perjury in Court; the USDC's (D.D.C.) refusal to file my "Imminent Danger" complaints (e.g., see #20-5348 (D.C.Cir.); etc.); 3-Strikes; etc.

## Relief

#41.- I request all relief allowed by law and appointment of Counsel due to the profound depth of criminal conduct by the Defendants.

#42.- I request that Habeas Corpus is restored by addressing the Perjury in #14-cv-0073 (D.Colo.), dkt. #18 <u>or</u> release from prison.

#43.- I request that my "Imminent Danger" complaints are filed in accordance with F.R.Civ.P. #5(d)(4); §1915(g); 551 US 89; Equal Protection; etc.; <u>or</u> release from prison, #20-5348 (D.C.Cir.).

## Exhibits

#44.- Attached to this complaint are the documents itemized below:

No Number - H.H.S. Affidavit (10-16-20).
#1.- BP8 (3-2-20).
#2.- BP9 #1010593-F1 (3-9-20).
#3.- Resp.  "      "   (5-5-20), info.
#4.- BP10   "   -R1 (5-14-20).
#5.- cont.  "      "  .
#6.- Medication labels (Apr./May 2020).

# 7.- Resp. # 1010593-R1 (6-12-20), <u>Fraud.</u>
# 8.- BP11     "      -A1 (7-1-20).
# 9.- Resp.    "       "  (9-14-20), <u>Fraud.</u>
# 10.- Affidavit (9-27-20), "Emer. Gr."
# 11.-     "      p. two.
# 12.- BP9 # 1045920-F1 (9-10-20), Em. Gr.
# 13.- R.N.    "       "  (9-10-20), <u>Fraud.</u>
# 14.- Judicial Complaint # 10-18-90006.
# 15.-     "          "       p. two.
# 16.-     "          "       p. three.
# 17.-     "          "       p. four.
# 18.- Order (3-7-19), # 10-18-90006, <u>Fraud.</u>
# 19.-     "      p. two.
# 20.- Petition for Review (4-3-19), # 90006.
# 21.-     "      p. two.
# 22.-     "      p. three.
# 23.-     "      p. four.
# 24.-     "      p. five.
# 25.-     "      p. six.
# 26.- "Court Only" docket sheet.
# 27.- Full docket sheet # 07-cv-1317 (D.D.C.).
# 28.-    "       "      p. two.
# 29.-    "       "      p. three.
# 30.- Order (10-15-19), # 90006 (Jud. Council).
# 31.- Petition for Review (11-19-19), <u>unfiled</u>,
         J.C.C. # 7017 0660 0000 7953 0779.
# 32.-    "      p. two.
# 33.- Judicial complaint # 10-12-90029/30.
# 34.-    "      p. two.
# 35.-    "      p. three.
# 36.- Certified Mail list.
# 37.- Letter (9-11-19), S.Ct. (Habeas Corpus).
# 38.- Letter (1-23-20), S.Ct., Justice Breyer.
# 39.- S.Ct. stamp on # 10-18-90006.

#40.- "Reply" (7-27-20), #20-5005 (D.C.Cir.).
#49.-    "           "      .
#50.- Order (9-28-20), #20-5005, Fraud.
#51.- "Petition for Rehearing, en banc", #20-5005.
#52.-     "       p. two.
#53.-     "       p. three (10-13-20).
#54.- Judicial complaint (10-16-20).
#55.-    "          "      p. two.
#56.-    "       Affidavit, DC-20-90052/54.
#57.-    "          "             "        ,
#58.- Rej. check-list (D.D.C.), 11-9-20.
#59.- Rej. check-list (D.D.C.), 11-16-20.
#60.- Rej. check-list (D.D.C.), 3-11-19.
#61.- Tort (3-15-2013), J.C.C.
#62.-   "    p. two.
#63.- Letter (4-23-2013), J.C.C.
#64.- Tort (1-10-2020), FBI/J.C.C.
#65.-   "    p. two.
#66.- Letter (2-3-20), FBI/J.C.C.
#67.- Ethics complaint (8-5-19), US Atty. Gen.
#68.-    "        p. two.
#69.-    "        p. three #7017 0660 0000 7954 9559.
#70.-    "        p. four.
#71.- Follow-up letter for above (11-4-20), US
        Attorney General #7020 0640 0000 0339 4620.
#72.- Ethics complaint (11-4-20), US Atty. Gen.
#73.-    "            .
#74.-    "            .
#75.-    "          , #7020 0640 0000 0339 4620.
#76.-    "            .
#77.-    "            .
#78.-    "          , cert. of service (11-4-20).
#79.-    "          , env. and cert. form.

#80.- Tracking (delivered 11-13-20).
#81.- Nancy Pelosi letter (5-28-19).
#82.- Affidavit (Petition for Impeachment).
#83.-    "    p. two.
#84.-    "    p. three, #7017 1000 0000 0130 7111.
#85.- U.S. House (8-26-19), Petition for Impeachment, #7017 1000 0000 0130 7128.
#86.- USA Today Article (1-7-19), page 3A.
#87.- Prison Legal News (April 2019), p. 13.
#88.- OIG letter (8-25-20), "Lamine N'Diaye."
#89.-   "    "    p. two.
#90.- FBI letter (9-11-2012).
#91.- OIG letter (8-7-20).
↓.-    "    "
#97.-   "    "
#98.- Judicial complaint #07-10-372-27.
#99.- Judicial complaint #08-10-372-07, JCC
↓.-    Petition for Review (5-19-2008).
#105.-    unfiled.
#106.- Judicial complaint #10-2009-90018, JCC
#107.-    Petition for Review (8-6-2009),
#108.-    unfiled.
#109.- Judicial complaint #10-19-90035/37.
#110.- Judicial complaint #10-19-90038.
#111.-   "    "    p. two.
#112.- Judicial complaint #10-19-90056/58.
#113.-   "    "    p. two.
#114.- Judicial complaint (9-25-19).
#115.- Judicial complaint #10-19-90059.
#116.-   "    "    p. two.
#117.- Petition for Review #10-19-90059, Tenth
#118.-    Circuit Judicial Council,
#119.-    (11-25-19).
#120.- Petition for Review (12-23-19), Tenth ...

```
# 121.-    "       Circuit Judicial Council (# 10-19-
# 122.-    "       90035/38 and #10-19-90056/58).
# 123.-    "         p. four.
# 124.-    "         p. five.
# 125.- Order (9-8-20), (for preceding).
# 126.-    "         p. two.
# 127.- Letter to Cir. Exec. (9-18-20), "votes".
# 128.- Letter (10-6-20), "confidential".
# 129.- unfiled complaint (5-27-20, prior to
# 130.-    "                restriction).
# 131.-    "       Affidavit against Babcock.
# 132.- unfiled complaint (10-24-19, prior to
# 133.-    "                restriction).
# 134.-    "       Affidavit against Tenth Circuit
           "       Judicial Council.
# 135.- Petition for Review (9-24-20), JCC for
# 136.-    "       # 10-19-90035/38  and
# 137.-    "       # 10-19-90056/59.
# 138.-    "         p. four.
# 139.-    "         p. five.     Unfiled.
# 140.-    "         p. six.
# 141.-    "       cert. of service (9-24-20).
# 142.-    "       Env. and cert. form.
# 143.-    "       "Tracking" print-out (delivered
                   on 10-2-2020 @ 11:16 a.m.) for
                   # 7020 0640 0000 0339 4590.
```

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Jan. 25, 2021

T. Y.
Timothy Doyle Young
# 60012-001
USP-Max-ADX
P.O. Box 8500
Florence, CO 81226